UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 12-214 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MOSES OKELLO LAPIR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>: Felon in Possession of a Firearm as an Armed Career Criminal

<u>Date of Detention Hearing</u>: April 26, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was previously in custody in King County. He has not been

DETENTION ORDER
PAGE -1

interviewed by Pretrial Services.  His background information is either not known or has not been verified.   Defendant does not contest entry of a detention order.

2. Defendant's criminal record includes numerous assault, weapons, drug and theft charges, including failures to comply with court orders. He is associated with multiple identifiers, and allegedly attempted to flee when approached by a law enforcement vehicle in this matter.  During that attempt, a struggle allegedly ensued with the police officer and defendant is alleged to have attempted to take possession of the officer's duty weapon.

3. Defendant poses a risk of nonappearance due to lack of background information, a history of failing to appear and failing to comply, unknown substance abuse history and alleged attempt to elude.  He poses a risk of danger due to criminal history, history of assaultive behavior, history of failing to comply, and unknown substance abuse history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3